USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 08/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMY HUFFMAN,

Plaintiff

-against-

26-cv-7175 (LAK)

ROC NATION LLC, et al.,

Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

This is an action for alleged sexual harassment, defamation, and retaliation. The complaint is 86 pages long and contains 546 numbered paragraphs of allegations.

As the Second Circuit has written,[1]

> The Federal Rules of Civil Procedure require that a complaint "contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). "The statement should be short because '[u]nnecessary prolixity in a pleading places an unjustified burden on the court and the party who must respond to it because they are forced to select the relevant material from a mass of verbiage.' " *Salahuddin v. Cuomo,* 861 F.2d 40, 42 (2d Cir.1988) (quoting 5 C. Wright & A. Miller, Federal Practice And Procedure § 1281, at 365 (1969)) (alteration in original). "The statement should be plain because the principal function of pleadings under the Federal Rules is to give the adverse party fair notice of the claim asserted so as to enable him to answer and prepare for trial." *Id.; see also Kittay,* 230 F.3d at 541.

This complaint, like that dismissed in the *Blakely* case, is neither "short [n]or plain." It therefore is dismissed without prejudice to plaintiff filing, on or before September 11, 2026, an amended complaint not to exceed 30 pages in length, which is more than sufficient to give the adverse party fair notice of the claims.

SO ORDERED.

Dated: August 26, 2026

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge

---

1 *Blakely v. Wells,* 209 Fed. Appx. 18, 20 (2d Cir. 2006).