**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Amy Huffman,

Plaintiff,

**26-CV-7175 (LAK) (VF)**

-against-

**<u>ORDER</u>**

Roc Nation LLC; Jermaine Jackson;
Daniel Berg; DRNX Water LLC;
DRNX LLC,

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Court hereby orders the following briefing schedule for Plaintiff's Motion for Leave to File a Second Amended Complaint: Defendants are directed to file their opposition brief by **<u>Tuesday, October 27, 2026</u>**, and Plaintiff is directed to file her reply by **<u>Tuesday, November 3, 2026</u>**.

**SO ORDERED.**

DATED: New York, New York
October 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge