HINSHAW

Hinshaw & Culbertson LLP
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

David J. Mahoney
212-471-6211
dmahoney@hinshawlaw.com

October 27, 2026

***Via ECF***
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Attention: Hon. Valerie Figueredo, U.S.M.J.

**Re: Huffman v. Roc Nation LLC, et al.**
**Case No.: 26-cv-07175 (LAK))(VF)**

Honorable Madam:

We are the attorneys for defendant Roc Nation LLC ("Roc Nation") in the above-captioned civil action. Roc Nation will not file a brief in opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint (the "Motion") [ECF Nos. 22-24] and consents to the filing of Exhibit 2 to the Declaration of Rebecca Brazzano in Support of the Motion as a Second Amended Complaint [ECF No. 23-2].

Roc Nation intends to file a motion to dismiss one or more Counts of the Second Amended Complaint. In compliance with Section III of Your Honor's Individual Practices in Civil Cases, we will work with Plaintiff's counsel to agree on a reasonable briefing schedule before motion papers are filed and report the outcome of those discussions to the Court.

If the Court has any questions regarding this matter, please do not hesitate to have a member of Your Honor's staff contact the undersigned.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

By:

David J. Mahoney
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 471-6211
DMahoney@HinshawLaw.com

cc: Rebecca Brazzano, Esq., *counsel to plaintiff Amy Huffman* (via ECF)